IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KARL JEFFERSON and DIANA JEFFERSON; THE STATE OF ILLINOIS *ex rel.* KARL JEFFERSON and DIANA JEFFERSON,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED IRONWORKERS, INC.; KIM RASNICK; BUMPY'S STEEL ERECTION, LLC; D&K WELDING SERVICES, INC.; and DORRIE HARRIS,<br>　　　　　　Defendants. | Case No.: 3:17-cv-01402-SMY |

## JOINT STIPULATION FOR DISMISSAL

The United States, the State of Illinois, and the Relators, through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this Civil Action as follows:

1. The United States and State of Illinois have filed a Notice of Election to Intervene for Purposes of Settlement, dated January 24, 2022 (the "Election Notice"). *See* Doc. 54.

2. The United States, State of Illinois, Relators, and defendants United Ironworkers, Inc. ("UI"), Kim Rasnick ("Rasnick"), D&K Welding Services, Inc. ("D&K"), and Dorrie Harris ("Harris") have reached settlement agreements (the "Settlement Agreements") that require the United States, the State of Illinois, and Relators to jointly file a dismissal of this Civil Action, pursuant to Rule 41(a)(1), in accordance with the terms of the Settlement Agreements upon the United States' receipt of the Initial Installment payments by defendants as provided in the Settlement Agreements.

3. The United States has received the Initial Installment payments due under the Settlement Agreements.

4. The claims in the above-captioned Civil Action shall be dismissed, subject to the terms and conditions set forth in the Settlement Agreements, including as follows:

    a. The United States' and State of Illinois' claims against defendants UI, Rasnick, D&K, and Harris are dismissed with prejudice as to the Covered Conduct, as that term is defined in the Election Notice and Settlement Agreements;

    b. All other claims or allegations asserted against any defendant on behalf of the United States and State of Illinois in the Civil Action are dismissed without prejudice as to the United States and State of Illinois;

    c. Relators' claims in the Civil Action are dismissed in their entirety with prejudice;

    d. Each party shall bear its own attorneys' fees and costs, except as expressly provided to the contrary in the Settlement Agreements; and

    e. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreements, including the terms and conditions involving payments over time to resolve the Covered Conduct.

    Respectfully submitted,

    STEVEN D. WEINHOEFT
    United States Attorney

    ***s/ Nicholas J. Biersbach***
    NICHOLAS J. BIERSBACH
    Assistant United States Attorney
    United States Attorney's Office
    Nine Executive Drive
    Fairview Heights, IL 62208-1344
    Phone: (618) 628-3700
    Fax: (618) 622-3810
    Nicholas.Biersbach@usdoj.gov

    Attorneys for the United States

KWAME RAUOL
Attorney General

***s/ Elizabeth A.F. Morris (with consent)***
ELIZABETH A.F. MORRIS
Illinois Attorney General's Office – Chicago 2
100 W. Randolph St., Suite 1200
Chicago, IL 60601
Phone: (312) 814-3909
Elizabeth.Morris@ilag.gov

Attorneys for the State of Illinois


DOWNEY LAW GROUP

***s/ Michael P. Downey (with consent)***
MICHAEL P. DOWNEY
49 North Gore Avenue, Suite 2
St. Louis, MO  63119
Phone: (314) 961-6644
mdowney@downeylawgroup.com

Attorneys for Relators