**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **KARL JEFFERSON and DIANA JEFFERSON; THE STATE OF ILLINOIS** *ex rel*. **KARL JEFFERSON and DIANA JEFFERSON,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**UNITED IRONW WORKERS, INC. KIM RASNICK, BUMPY'S STEEL ERECTION, LLC; D&K WELDING SERVICES, INC.; and DORRIE HARRIS,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    **Case No. 17-CV-1402-SMY** |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order (Doc. 60), the Plaintiffs' claims against Defendants United Ironworkers, Inc., Kim Rasnick, D&K Welding Service, Inc., and Dorrie Harris are **DISMISSED WITH PREJUDICE** as to the Covered Conduct. All other claims or allegations asserted in this case against any defendant on behalf of the United States and State of Illinois **DISMISSED WITHOUT PREJUDICE**.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: March 3, 2022**

                                         **MONICA A. STUMP,**
                                         **Clerk of Court**

                                       **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

                    2022.03.03
                    13:55:05
                    -06'00'
**STACI M. YANDLE
DISTRICT JUDGE**